# EXHIBIT C

https://www.shopify.com/news/scaling-social-commerce-shopify-introduces-new-in-app-shopping-experiences-on-tiktok

Shopify

Latest from Shopify   Company   Product   POV   Press releases   About us              Search

PRODUCT

# Scaling Social Commerce: Shopify Introduces New In-App Shopping Experiences on TikTok

August 24, 2021



by Jamie Gillingham

Share this story:

  

Social commerce represents one of the fastest growing channels for Shopify merchants, especially as more creators rely on these platforms to build their businesses. Today, in partnership with TikTok, we're announcing a new way for entrepreneurs to reach consumers with TikTok Shopping. For the first time, Shopify merchants with a TikTok For Business account will soon be able to add a shopping tab to their TikTok profiles and sync their product catalogues to create a mini-storefront that links directly to their online store for checkout.

---

With TikTok Shopping, Shopify is the first commerce platform to bring organic product discovery and shopping tabs to TikTok, helping creators and merchants deepen their relationships with consumers

Social commerce represents one of the fastest growing channels for Shopify merchants, especially as more creators rely on these platforms to build their businesses. Today, in partnership with TikTok, we're announcing a new way for entrepreneurs to reach consumers with TikTok Shopping. For the first time, Shopify merchants with a TikTok For Business account will soon be able to add a shopping tab to their TikTok profiles and sync their product catalogues to create a mini-storefront that links directly to their online store for checkout.

"I built my business on social media; it's where my fans go first to look for what's new from Kylie Cosmetics," said Kylie Jenner. "I have so much fun creating TikTok videos, and I love sharing posts of my fans using the products. That's why I'm excited for Kylie Cosmetics to be one of the first to let customers shop directly on our TikTok!"



1



"Creators are paving the way for a new kind of entrepreneurship where content, community, and commerce are key," said Harley Finkelstein, President of Shopify. "By enabling new in-app shopping experiences and product discovery on TikTok for the first time, Shopify is powering the creator economy on one of the fastest-growing social and entertainment platforms in the world. We are excited to help this next generation of entrepreneurs connect with their audiences in more ways—and with TikTok as a visionary partner."

Shopify and TikTok have also partnered to bring product links to Shopify merchants, which can be used to tag products in organic TikTok posts. The TikTok community can choose to shop directly from the merchant's storefront or click a tagged product in a merchant's TikTok video, which will take them to the merchant's online store for checkout.

TikTok is one of the world's fastest-growing entertainment platforms, with hundreds of millions of active users and, from February 2020 to February 2021, installs across Shopify's social commerce channels increased by 76%. By more deeply integrating commerce with TikTok, we're empowering merchants to reach consumers where they are.

"Our community has transformed shopping into an experience that's rooted in discovery, connection, and entertainment, creating unparalleled opportunities for brands to capture consumers' attention," said Blake Chandlee, President, Global Business Solutions at TikTok. "TikTok is uniquely placed at the center of content and commerce, and these new solutions make it even easier for businesses of all sizes to create engaging content that drives consumers directly to the digital point of purchase. We're thrilled to be expanding our partnership with Shopify and making TikTok more accessible than ever for their merchants."

The TikTok Shopping pilot is currently available to Shopify merchants in the US and UK. A select group of merchants in Canada will participate in the pilot in the coming weeks, and the feature will roll out to additional regions in the coming months. Shopify merchants can request early access to the TikTok Shopping pilot via Shopify's TikTok channel. To learn more about the TikTok channel and to install the app, visit apps.shopify.com/tiktok.

Share this story:   

---

**Shopify**
- About
- Careers
- Investors
- Press and Media
- Partners
- Affiliates
- Legal
- Service status

**Support**
- Merchant Support
- Shopify Help Center
- Hire a Partner
- Shopify Academy
- Shopify Community

**Developers**
- Shopify.dev
- API Documentation
- Dev Degree

**Products**
- Shop
- Shop Pay
- Shopify Plus
- Shopify Fulfillment Network
- Shopify for Enterprise

**Global Impact**
- Sustainability
- Build Black
- Research

**Solutions**
- Online Store Builder
- Website Builder
- Ecommerce Website

USA | English | Terms of service | Privacy policy | Sitemap | Privacy Choices